UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| KAMYAR MOFID,<br><br>*Plaintiff*,<br><br>v.<br><br>SUNTUITY RENEWABLES LLC, and SHADAAN JAVAN,<br><br>*Defendants*. | CIVIL ACTION NO.<br>3:23-cv-23246-ZNQ-RLS<br><br><br><br><br><br><br>**STIPULATION EXTENDING TIME TO ANSWER** |

**PLEASE TAKE NOTICE** that it is hereby stipulated and agreed by and between counsel for Kamyar Mofid (the "Plaintiff") and counsel for Suntuity Renewables LLC and Shadaan Javan (collectively the "Defendants"), having received good and proper service of the Verified Complaint and Jury Demand, that the time in which the Defendants may answer or otherwise move with respect to the Complaint filed on December 20, 2023, is hereby extended thirty (30) days from January 11, 2024, to and including February 12, 2024.

| | |
|---|---|
| **OBERMAYER, REBMANN, MAXWELL & HIPPEL LLP** | **PASHMAN STEIN WALDER HAYDEN, P.C.** |
| By:  */s/ Edmond M. George*<br>Edmond M. George, Esq.<br>Centre Square West<br>1500 Market Street Suite 3400<br>Philadelphia, PA 19102-2101<br>(215) 665-3004 (Telephone)<br>(215) 665-3165 (Facsimile)<br>Email: Edmond.george@obermayer.com<br>*Attorneys for Defendants, Suntuity Renewables LLC and Shadaan Javan*<br><br>Dated: January 9, 2024 | By:  */s/ Dennis Smith*<br>Dennis Smith, Esq.<br>Court Plaza South<br>21 Main Street # 200<br>Hackensack, NJ 07601<br>(201) 270-4907 (Telephone)<br>Email: dsmith@pashmanstein.com<br>*Attorneys for Plaintiff, Kamyar Mofid*<br><br>Dated: January 9, 2024 |